MARY BRADY, as Administratrix of the Estate of OWEN BRADY, Deceased, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

Reported below, 95 App. Div. 632.
(Submitted October 3, 1904; decided October 11, 1904.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 7, 1904, which reversed a judgment in favor of defendant, entered upon an order of the court at a Trial Term, setting aside a verdict in favor of plaintiff and dismissing the complaint and directing judgment for plaintiff upon the verdict.

The motion was made upon the grounds that the notice of appeal was defective in failing to stipulate for judgment absolute in the event of affirmance, and that no appeal lies to the Court of Appeals from the order appealed from.

*Henry F. Heistad* for motion.

*George D. Yeomans* opposed.

Motion denied, without costs to either party.

---

JULIUS MANHEIM, Respondent, *v.* MICHAEL SEITZ, Appellant.

(Submitted October 3, 1904; decided October 11, 1904.)

Motion for reargument denied, with ten dollars costs. (See 178 N. Y. 630.)